STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Kenneth Michael Wright
Attorney at Law
203 West Clarence St.
Lake Charles LA 70601

**REHEARING ACTION: July 23, 2014**

**Docket Number: 13   01425-CA**

**HARLTON K. STANLEY, ET AL.**
**VERSUS**
**CROWELL & OWENS, LLC**

**Appealed from Rapides Parish Case No. 242,568**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Marc T. Amy**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the request for en banc rehearing filed by **Harlton K. Stanley** and

**Machal, Inc.** have this day been

    **DENIED.**
    Cooks, J., would grant the rehearing and the en banc request.

cc: Jimmy Roy Faircloth, Jr., Counsel for the Appellee